IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TIMOTHY J. STAFFORD,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>　　Defendant. | Case No. 6:17-cv-02043-HZ<br><br>ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA |

　　Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,245.72 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of this award shall be made via check payable to Plaintiff and mailed to Plaintiff's attorneys at HARDER, WELLS, BARON & MANNING, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff*, the award shall be made payable to Plaintiff's attorneys, HARDER, WELLS, BARON & MANNING, P.C., if the Commissioner confirms that Plaintiff owes no debt to the Government through the federal treasury offset program. There are no costs or expenses to be paid herein.

　　Dated this ___ day of _____ 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Judge Marco A. Hernandez
　　　　　　　　　　　　　　　　　United States District Judge

Proposed Order submitted by:
Kathryn Tassinari
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street, Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for Plaintiff