IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TIMOTHY S.,                                           No. 6:17-cv-02043-HZ

             Plaintiff,                          ORDER

      v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

             Defendant.

HERNÁNDEZ, District Judge:

       Plaintiff Timothy S. brought this action seeking review of the Commissioner's final decision to deny Supplemental Security Income and Disability Insurance Benefits. On May 3, 2019, the Court reversed the Commissioner's decision and ordered that the case be remanded for additional proceedings. Op. & Order, ECF 16. Judgment was entered on May 7, 2019. Judgment, ECF 17.

       Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Pl. Mot., ECF 22. Defendant has no objection to the request. *Id.* The Court has reviewed the record in the case, the

1 - ORDER

motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable. The Court grants the Motion [22] and awards Plaintiff's counsel $7,575.11 in attorney's fees under 42 U.S.C. § 406(b). This amount represents 25% of Plaintiff's total unpaid retroactive benefits, less the amount of Equal Access to Justice (EAJA), 28 U.S.C. § 2412, and administrative fees already received by counsel. Any amount withheld after all administrative and court attorney's fees are paid should be released to Plaintiff.

IT IS SO ORDERED.

Dated: _____December 23, 2020_____.

*[signature]*
MARCO A. HERNÁNDEZ
United States District Judge